UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POW NEVADA, LLC, | CASE NO. C17-1213 RSM |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF THE INITIAL SCHEDULING DATES |
| DOE 1, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Initial Scheduling Dates. (Dkt. #12). Because the dates set out in the Court's current Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #9), do not provide Plaintiff with enough time to identify and serve the Doe Defendants, do not provide the Doe Defendants with enough time to appear, and do not provide the parties enough time to conduct the required Rule 26(f) conference, the Court finds good cause to grant a reasonable extension of the initial scheduling dates. Plaintiffs' Motion (Dkt. #12) is accordingly GRANTED.

//

//

//

//

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF THE INITIAL
SCHEDULING DATES - 1

The initial scheduling dates are reset as follows:

| | Original Date | Revised Date |
|---|---|---|
| **Deadline for FRCP 26(f) Conference** | 9/20/2017 | 11/17/2017 |
| **Initial Disclosures Pursuant to FRCP 26(a)(1)** | 9/27/2017 | 12/1/2017 |
| **Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f)** | 10/4/2017 | 12/1/2017 |

DATED this 21st day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF THE INITIAL SCHEDULING DATES - 2