UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| POW NEVADA, LLC, | Case No. C17-1213RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| DOE 1, et al., | |
| Defendants. | |

Plaintiff POW Nevada, LLC, ("POW") filed this action on August 10, 2017. *See* Dkt. #1. This is one of several cases filed by POW's counsel alleging that multiple defendants participated in a BitTorrent "swarm" to engage in copyright infringement. No later than December 22, 2017, POW shall show cause in writing why the Court should not: (1) sever all defendants except the first defendant in this case; and (2) dismiss the remaining defendants for improper joinder. POW's response shall be **limited to ten (10) pages** and must solely address the issue of joinder.

IT IS SO ORDERED.

Dated this 13 day of December, 2017

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER — 1